



# CENTER FOR HUMAN IDENTIFICATION
## LABORATORY OF FORENSIC ANTHROPOLOGY

09-23-15

In the Matter of:
State of Texas v. Wesley Theodore Burns
10th Ct. of Appeals No. 10-14-00053 CR (Affirmed)
from
361st Dist. Ct., Brazos Co. TX
Trial Ct. No. 11-02209-CRF-361

Chief Justice Keller and Justices Meyers, Richardson, Yeary, Johnson, Keasler, Hervey, Alcala, and Newell

Hon. Mmes./Sirs:

I write in behalf of Mr. Wesley Burns. I have been acquainted with his parents since his father, the late Dr. Clinton L. Burns, a medical missionary, and I attended school together some 43 years ago. I have known Wesley since his adoption as an infant.

I have read the judgements in the original and the appellate proceedings and I am in agreement with the original findings and the affirmation by the appellate court. However, in this instance, my concern lies not with Wesley, but with his family; a mother in failing health, his wife Ruth, a successful nursing student nearing completion of her training, and their eight children in this 'blended' family whose ages range from toddler to middle school. The children in this family are happy, well-adjusted, and respectful. All are promising students, and the two eldest have won many accolades as gifted musicians and scholars.

It is the foreseeable disruption in the lives and progress of these individuals that I fear most, and whose wellbeing motivates my plea. Wes has been continuously employed since the beginning of his legal difficulties, and is the sole breadwinner for his family. There are no assets or financial resources available through his mother who is dependent on Medicare, Medicaid, and Social Security benefits to sustain her.

Finally, I am one who believes that each individual must rise or fall on the merits or demerits of his or her own actions or inactions, and that doing so throughout life is the only path to true dignity and a sense of responsibility. The particular evil that resides in wrongdoing, (in this case Wes' wrongdoing), is often the devastating effect that it has on those who are innocent.

Having acquainted you with these facts, I beg your leniency in assigning a punishment which will result in full restitution for Wes' misdeeds while avoiding the 'collateral damage' that prolonged incarceration would surely engender.

Thanking you for your thoughtful consideration, I am
Sincerely yours,
Harrell Gill-King, PhD, DABFA

*H Gill-King*

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

1155 Union Circle # 305220 ♦ Denton, Texas 76203-5017 ♦ (940) 565-4335 ♦ (800) 279-1339 ♦ Fax (940)565-3821